IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20782
Summary Calendar
_____

UNITED STATES OF AMERICA

          Plaintiff - Appellee

     v.

FRANCISCO RAMIREZ-HERRERA

          Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-210-2
--------------------
July 5, 2001

Before KING, Chief Judge, and SMITH and PARKER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Francisco Ramirez-Herrera has
moved for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967).  Ramirez-Herrera has
received a copy of counsel's brief and motion but has not filed a
reaponse.  Our independent review of counsel's Anders brief and
the record discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  5th Cir. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.